Curtis Sobel (cs-0964)
Sobel & Kelly, P.C
Attorneys for Defendant
WHITE CASTLE MANAGEMENT CO.
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 549-4677

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROSS BIERNICK,

                Plaintiff,

   - against -

WHITE CASTLE SYSTEM, INC. and WHITE
CASTLE SYSTEM EMPLOYEES TRUST,

                Defendants.
-------------------------------------------------------------X

08 CV 6768
**Civil Action Number**

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges for the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, WHITE CASTLE SYSTEM, INC., certifies that following are corporate parents, affiliates and/subsidiaries of said party, which is privately held, and that defendant, WHITE CASTLE EMPLOYEES TRUST, is not a publicly held or privately held corporation.

Dated:      Huntington, New York
             July 21, 2008

                                            CURTIS SOBEL (CS-0964)